ACCEPTED
12-14-00039-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
8/5/2015 9:21:04 AM
CATHY LUSK
CLERK

**COURT OF APPEALS NO. 12-14-00039-CR, 12-13-00225-CR**
**TRIAL COURT CAUSE NO. A-19,395**

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
8/5/2015 9:21:04 AM
CATHY S. LUSK
Clerk

| | | |
|---|---|---|
| **DANNY RAY LUSK,** **APPELLANT** | § | **IN THE 12TH COURT** |
| **VS.** | § | **OF APPEALS** |
| **THE STATE OF TEXAS,** **APPELLEE** | § | **HENDERSON COUNTY,** **TEXAS** |

**MOTION FOR EXTENSION OF**
**TIME TO FILE APPELLEE'S BRIEF**

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COMES NOW**, the APPELLEE, State of Texas, by and through her District Attorney, Nancy Rumar, and files this Motion for Extension of Time to File Appellee's Brief and in support of the same would show the following:

I.

1. Appellee's brief is due on or before August 6, 2015.

2. Appellee requests an additional 45 days from the current due date of August 6, 2015 to file its brief with the Court.

3. Appellee requests an extension of time for the following reasons:

    a. Undersigned has been in jury trial the week of July27, 2015, as well as prep the week before.

    b. Additionally, undersigned is preparing for a specially set jury trial in August 17, 2015 on a first Degree Aggravated Sexual Assault. (State v. Ian Roberson; Cause No.: A-20, 346); as well as a trial to the court August 7, 2015 (state v.

Lane, Cause no.: A-21,684).

c. The undersigned has also had to take elderly husband to various medical appointments related to pre op surgical procedures.

d. The undersigned is going to pre-paid national Crimes Against Children conference in Dallas August 10 through August 13th. As a result of being out for two weeks, docket preparation and notes had to be prepared for the attorney who will cover for me.

4. This is the second Motion for Extension of Time requested by Appellee.

5. The undersigned is not seeking this extension for the purposes of delay.

6. The undersigned has spoken with Appellant's attorney who does not have an objection to this request.

WHEREFORE, Appellee requests that the Court grant this Motion and extend the deadline for filing its brief for 60 days to September 21, 2015.

Respectfully,

Nancy Rumar
Assistant District Attorney
109 W. Corsicana
Athens, Texas 75751
nrumar@co.henderson.tx.us
Bar. No. 24044654
Phone: 903-675-6100
Fax: 903-675-6196

## CERTIFICATE OF SERVICE

I, Nancy Rumar, do certify that a true and correct copy of the foregoing Motion was emailed to Defendant's Attorney, Shari Moore, on the __5th__ day of August, 2015.

Signed this the __5th__ day of August, 2015.

_____
Nancy Rumar

STATE OF TEXAS                          §

COUNTY OF HENDERSON                      §

## <u>AFFIDAVIT</u>

Before me, the undersigned notary, on this day, personally appeared Nancy Rumar, a person whose identity is known to me. After I administered an oath to her, upon his oath, she said:

"My name is Nancy Rumar. I am capable of making this affidavit. The facts stated in this affidavit are within my personal knowledge and are true.

I am the attorney for the State of Texas vs. Danny Ray Lusk in Court of Appeals Cause No. 12-13-00225-CR and 12-14-00039-CR. I have read the foregoing Motion to Extend Time to File Appellee's Brief and it is true and correct."

_____
Nancy Rumar

Subscribed and sworn to before me this _____ day of August, 2015.

LORNA A. JUMPER
NOTARY PUBLIC
STATE OF TEXAS
My Comm. Expires 01-17-2019

_____
Notary Public-State of Texas